In re:             Case No. 20-02530-RNO

William J. Daniels            Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Sep 28, 2020      Form ID: ntcnfhrg      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Daniels, 220 Williams Lane, Scotrun, PA 18355-7708 |
| 5354042 | + | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5360261 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354043 | | BANK OF AMERICA HOME MORTGAGE, PO BOX 31785, TAMPA, FL 33631-3785 |
| 5354045 | | CITIBANK NA, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 5354046 | + | DEPARTMENT STORE NATIONAL BANK, BANKRUPTCY PROCESSING, PO BOX 8053, MASON, OH 45040-8053 |
| 5354048 | + | GOLDMAN SACHS BANK USA, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 5354049 | + | HAYT HAYT & LANDAU LLC, MERIDIAN CENTER 1, 2 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 5354051 | #+ | MIDLAND CREDIT MANAGEMENT INC, PO BOX 2000, WARREN, MI 48090-2000 |
| 5356626 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5354052 | | NY STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 5354053 | | NYS DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 5354054 | + | PACIFIC DEBT, INC., 750 B STREET, SUITE 1700, SAN DIEGO, CA 92101-8131 |
| 5354056 | + | PRUDENTIAL RETIREMENT SERVICES, PO BOX 5012, SCRANTON, PA 18505-5012 |
| 5354057 | + | RAS LAVRAR LLC, 425 COMMERCE DR STE 150, FORT WASHINGTON, PA 19034-2727 |
| 5354058 | + | SOFI LENDING CORP PERS LOANS, ONE LETTERMAN DR BLDG A, SAN FRANCISCO, CA 94129-1494 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2020 19:32:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5354044 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2020 19:32:08 | CAPITAL ONE BANK (BK DEPT), PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5357114 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2020 19:32:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354047 | | Email/Text: mrdiscen@discover.com | Sep 28 2020 19:15:00 | DISCOVER BANK PRODUCTS, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5358271 | | Email/Text: mrdiscen@discover.com | Sep 28 2020 19:15:00 | Discover Products Inc, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5354050 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2020 19:15:00 | INTERNAL REVENUE SERVICE, SPECIAL PROCEDURE BRANCH, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5354055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2020 19:32:09 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5354059 | | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2020 19:32:06 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5354583 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Sep 28 2020 19:32:45  Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2020       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 William J. Daniels lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| William J. Daniels, <br> aka William Jemal Daniels, aka William Daniels, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−02530−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 28, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: November 4, 2020 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 28, 2020 |

ntcnfhrg (03/18)