# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William J. Daniels a/k/a William Jemal Daniels a/k/a William Daniels** | **BK NO. 20-02530 MJC** |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2022-PM1 and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
16 Aug 2022, 11:19:56, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322