United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02530-MJC |
| William J. Daniels | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 23, 2025 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Daniels, 220 Williams Lane, Scotrun, PA 18355-7708 |
| 5354056 | + | PRUDENTIAL RETIREMENT SERVICES, PO BOX 5012, SCRANTON, PA 18505-5012 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 23 2025 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 23 2025 18:40:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 23 2025 18:40:00 | Towd Point Mortgage Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5354042 | + | Email/PDF: bncnotices@becket-lee.com | Sep 23 2025 18:36:47 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5360261 | | Email/PDF: bncnotices@becket-lee.com | Sep 23 2025 18:47:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5354043 | | EDI: BANKAMER | Sep 23 2025 22:36:00 | BANK OF AMERICA HOME MORTGAGE, PO BOX 31785, TAMPA, FL 33631-3785 |
| 5363054 | | EDI: BANKAMER | Sep 23 2025 22:36:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 5354044 | | EDI: CAPITALONE.COM | Sep 23 2025 22:36:00 | CAPITAL ONE BANK (BK DEPT), PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5354045 | | EDI: CITICORP | Sep 23 2025 22:36:00 | CITIBANK NA, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 5357114 | | EDI: CAPITALONE.COM | Sep 23 2025 22:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5363634 | | EDI: CITICORP | Sep 23 2025 22:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5354047 | | EDI: DISCOVER | Sep 23 2025 22:36:00 | DISCOVER BANK PRODUCTS, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5354046 | | EDI: CITICORP | Sep 23 2025 22:36:00 | DEPARTMENT STORE NATIONAL BANK, BANKRUPTCY PROCESSING, PO BOX 8053, MASON, OH 45040 |
| 5366535 | | EDI: Q3G.COM | Sep 23 2025 22:36:00 | Department Stores National Bank, c/o Quantum3 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5358271 | | EDI: DISCOVER | Sep 23 2025 22:36:00 | Discover Products Inc, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5354048 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 23 2025 18:40:00 | GOLDMAN SACHS BANK USA, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 5354049 | ^ | MEBN | Sep 23 2025 18:35:44 | HAYT HAYT & LANDAU LLC, MERIDIAN CENTER 1, 2 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 5354050 | | EDI: IRS.COM | Sep 23 2025 22:36:00 | INTERNAL REVENUE SERVICE, SPECIAL PROCEDURE BRANCH, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5391059 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 18:36:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5391060 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 18:36:54 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5354051 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2025 18:40:00 | MIDLAND CREDIT MANAGEMENT INC, PO BOX 2000, WARREN, MI 48090-2000 |
| 5356626 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2025 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5354052 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2025 18:40:00 | NY STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 5354053 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2025 18:40:00 | NYS DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 5354054 | ^ | MEBN | Sep 23 2025 18:35:53 | PACIFIC DEBT, INC., 750 B STREET, SUITE 1700, SAN DIEGO, CA 92101-8131 |
| 5354055 | | EDI: PRA.COM | Sep 23 2025 22:36:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5368861 | | EDI: PRA.COM | Sep 23 2025 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5354057 | + | Email/Text: bknotice@raslavrar.com | Sep 23 2025 18:40:00 | RAS LAVRAR LLC, 425 COMMERCE DR STE 150, FORT WASHINGTON, PA 19034-2727 |
| 5354058 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 23 2025 18:47:01 | SOFI LENDING CORP PERS LOANS, ONE LETTERMAN DR BLDG A, SAN FRANCISCO, CA 94129-1518 |
| 5354059 | | EDI: SYNC | Sep 23 2025 22:36:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5371392 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 23 2025 18:36:54 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 5354583 | ^ | MEBN | Sep 23 2025 18:35:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5493609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 23 2025 18:40:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5493610 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 23 2025 18:40:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as, Serviced by Select Portfolio Servicing, |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2022-PM1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michelle McGowan | on behalf of Creditor Towd Point Mortgage Trust mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor Towd Point Mortgage Trust 2022-4 U.S. Bank Trust Company, National Association as Indenture Trustee rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 William J. Daniels lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: William J. Daniels<br>First Name  Middle Name  Last Name | | Social Security number or ITIN: xxx–xx–2321<br>EIN: __–_____ |
| Debtor 2: <br>(Spouse, if filing)  First Name  Middle Name  Last Name | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:20–bk–02530–MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William J. Daniels
aka William Jemal Daniels, aka William Daniels

9/23/25

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2